# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jacinta Gonzalez Goodman, | No.  CV 16-04388-PHX-JJT (MHB) |
| Plaintiff, | |
| v. | **ORDER** |
| Joseph M. Arpaio, *et al*., | |
| Defendants. | |

On December 14, 2016, Plaintiff Jacinta Gonzalez Goodman, who is represented by counsel, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983, and invoked the Court's supplemental jurisdiction over her state law claims.  Plaintiff has paid the filing and administrative fees.  The Court will order Defendants to answer the Complaint.

**IT IS ORDERED:**

(1)    Plaintiff must either serve each Defendant or seek a waiver of service for each Defendant.

(2)    If Plaintiff does not either obtain a waiver of service of the summons or complete service of the Summons and Complaint on a Defendant within 90 days of the filing of the Complaint, the action may be dismissed as to each Defendant not served. Fed. R. Civ. P. 4(m).

(3)    Defendants must answer the Complaint or otherwise respond by appropriate motion within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

1         (4)     Any answer or response must state the specific Defendant by name on

2 whose behalf it is filed.  The Court may strike any answer, response, or other motion or

3 paper that does not identify the specific Defendant by name on whose behalf it is filed.

4         (5)     This matter is referred to Magistrate Judge Michelle H. Burns pursuant to

5 Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for all pretrial proceedings as

6 authorized under 28 U.S.C. § 636(b)(1) and is **assigned to the standard track** pursuant

7 to Rule 16.2(b)(3) of the Local Rules of Civil Procedure.

8        Dated this 21st day of December, 2016.

_____
Honorable John J. Tuchi
United States District Judge