# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Jacinta Gonzalez Goodman,

    Plaintiff(s)/Petitioner(s),

vs.

Joseph M. Arpaio, in his official capacity as Sheriff of Maricopa County, Arizona; and Maricopa County, Arizona,

    Defendant(s)/Respondent(s)

CASE NO: 2:16-cv-04388-JJT--MHB

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 18 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## NOTICE: $35.00 APPLICATION FEE REQUIRED!

I, **José J. Behar**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Jacinta Gonzalez Goodman/Plaintiff**.

**City and State of Principal Residence:** Chicago, IL
**Firm Name:** Hughes Socol Piers Resnick Dym, Ltd.
**Address:** 70 W. Madison Street **Suite:** 4000
**City:** Chicago **State:** IL **Zip:** 60602
**Firm/Business Phone:** (312) 580-0100
**Firm Fax Phone:** (312) 580-1994 **E-mail Address:** jbehar@hsplegal.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| U.S. Supreme Court | 07/30/2007 | ✓ Yes ☐ No* |
| Supreme Court of Illinois | 11/08/1990 | ✓ Yes ☐ No* |
| Seventh Circuit Court of Appeals | 08/23/1996 | ✓ Yes ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

## ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.

*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? ☐ Yes ✓ No

Have you ever been disbarred from practice in any Court? ☐ Yes ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

1/17/17
**Date**
**Signature of Applicant:** /s/ José J. Behar

Fee Receipt # pNK1849

(Rev. 04/12)

# José J. Behar Admissions/ARDC #06203727

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| U.S. District Court for the Northern District of Illinois | 12/20/1990 | Yes |
| U.S. District Court for the Central District of Illinois | 08/28/1998 | Yes |
| U.S. District Court for the Northern District of Indiana | 10/26/1994 | Yes |
| Sixth Circuit Court of Appeals | 09/17/2014 | Yes |
| Ninth Circuit Court of Appeals | 10/11/2011 | Yes |
| U.S. District Court for the Eastern District of Wisconsin | 02/24/2012 | Yes |
| U.S. District Court for the Western District of Texas | 12/02/2011 | Yes |

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Jose Jorge Behar

*Northern District of Illinois*

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Jose Jorge Behar was duly admitted to practice in said Court on (12/20/1990) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (01/12/2017 )

                        Thomas G. Bruton, Clerk,

                    By: Roberto Cornejo
                        Deputy Clerk