WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By: ANN THOMPSON UGLIETTA (013696)
    J. KENNETH MANGUM ((003077)
    uglietta@mcao.maricopa.gov
    Deputy County Attorneys

CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, Arizona  85004
Telephone:  (602) 506-8541
Facsimile: (602) 506-8567
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No.:  00032000

Attorneys for Defendants Sheriff Paul Penzone
and Maricopa County

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jacinta Gonzalez Goodman,<br><br>*Plaintiff,*<br>v.<br><br>Paul Penzone<br>in his official capacity as Sheriff of Maricopa County, Arizona; et al.,<br><br>*Defendants.* | No. 2:16-cv-04388-JJT (MHB)<br><br>**STIPULATION REGARDING 14-DAY EXTENSION OF TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS MARICOPA COUNTY SHERIFF PAUL PENZONE'S AND MARICOPA COUNTY'S OFFER OF JUDGMENT TO PLAINTIFF** |

Plaintiff Jacinta Gonzalez Goodman and Defendants Maricopa County Sheriff Paul Penzone and Maricopa County ("County Defendants") stipulate and agree that (1) the time for Plaintiffs' Response to the County Defendants' Offer of Judgment served on May 25, 2017, is extended by fourteen (14) days to and including June 22, 2017, and (2) if the

1

Rule 68 Offer is accepted on or before June 22, 2017, Plaintiff will not be entitled to her attorneys' fees and costs incurred after June 8, 2017, which is the original deadline for Plaintiff's Response to the County Defendants' Offer of Judgment.

**RESPECTFULLY SUBMITTED** this 7th day of June, 2017.

>WILLIAM G. MONTGOMERY
>MARICOPA COUNTY ATTORNEY
>
>BY: /s/Ann Thompson Uglietta
>    ANN THOMPSON UGLIETTA
>    J. KENNETH MANGUM
>    Deputy County Attorney
>    *Attorneys for Defendants Sheriff Paul Penzone, and Maricopa County*
>
>BY: /s/ Mark Michael Fleming (with permission)
>    National Immigrant Justice Center
>    Plaintiff's Counsel

CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2017, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable John J. Tuchi
United States District Court
401 West Washington Street
Phoenix, AZ 85003-2158

Honorable Magistrate Judge Michelle H. Burns
United States District Court
401 West Washington Street,
Phoenix, AZ 85003-2158

**Ray A. Ybarra Maldonado**
Law Office of Ray A. Ybarra Maldonado, PLC
2701 East Thomas Road, Suite A
Phoenix, Arizona 85016
*Attorney for Plaintiffs*
ray@abogadoray.com

**Mark Michael Fleming**
National Immigrant Justice Center
208 S LaSalle, Ste. 1300
Chicago, IL 60604
*Attorney for Plaintiffs*
*Admitted pro hac vice*
mfleming@heartlandalliance.org

**Matthew J Piers**
**José J. Behar**
**Chirag G. Badlani**
Hughes Socol Piers Resnick & Dym Limited
70 W Madison St., Ste. 4000
Chicago, IL 60602
*Attorney for Plaintiffs*
 *Admitted pro hac vice*
mpiers@hsplegal.com
jbehar@hsplegal.com
cbadlani@hsplegal.com

**R Andrew Free**
Law Offices of R. Andrew Free
P.O. Box 90568
Nashville, TN 37209
*Attorney for Plaintiffs*
 *Admitted pro hac vice*
andrew@immigrantcivilrights.com

/s/ Nicole Anderson