WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By: ANN THOMPSON UGLIETTA (013696)
    J. KENNETH MANGUM ((003077)
    uglietta@mcao.maricopa.gov
    Deputy County Attorneys

CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, Arizona  85004
Telephone:  (602) 506-8541
Facsimile: (602) 506-8567
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No.:  00032000

Attorneys for Defendants Maricopa County
Sheriff Paul Penzone and Maricopa County

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jacinta Gonzalez Goodman,<br><br>*Plaintiff,*<br>v.<br><br>Paul Penzone in his official capacity as Sheriff of Maricopa County, Arizona; et al.,<br><br>*Defendants.* | No. 2:16-cv-04388-JJT (MHB)<br><br>**STIPULATION REGARDING SECOND 14-DAY EXTENSION OF TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS MARICOPA COUNTY SHERIFF PAUL PENZONE'S AND MARICOPA COUNTY'S OFFER OF JUDGMENT TO PLAINTIFF** |

Plaintiff Jacinta Gonzalez Goodman and Defendants Maricopa County Sheriff Paul Penzone and Maricopa County ("County Defendants") stipulate and agree that (1) the time for Plaintiff's Response to the County Defendants' Offer of Judgment served on May 25, 2017 ("Rule 68 Offer") and that was extended until June 22, 2017, is extended by an

1

additional fourteen (14) days to and including July 6, 2017; (2) if the Rule 68 Offer is accepted on or before July 6, 2017, Plaintiff will not be entitled to her attorneys' fees and costs incurred after June 8, 2017, which was the original deadline for Plaintiff's Response to the County Defendants' Offer of Judgment; and (3) the parties will not file any Motions, additional Pleadings, or propound any Discovery requests during the extension of the Offer of Judgment through and including July 6, 2017.

**RESPECTFULLY SUBMITTED** this 21th day of June, 2017.

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

BY: /s/Ann Thompson Uglietta
    ANN THOMPSON UGLIETTA
    J. KENNETH MANGUM
    Deputy County Attorney
    *Attorneys for Defendants Sheriff Paul Penzone, and Maricopa County*

NATIONAL IMMIGRANT JUSTICE CENTER

BY: /s/Mark Fleming **w/permission**
    MARK FLEMING
    *Plaintiff's Counsel*

CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2017, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable John J. Tuchi
United States District Court
401 West Washington Street
Phoenix, AZ 85003-2158

Honorable Magistrate Judge Michelle H. Burns
United States District Court
401 West Washington Street,
Phoenix, AZ 85003-2158

**Ray A. Ybarra Maldonado**
Law Office of Ray A. Ybarra Maldonado, PLC
2701 East Thomas Road, Suite A
Phoenix, Arizona 85016
*Attorney for Plaintiffs*
ray@abogadoray.com

**Mark Michael Fleming**
National Immigrant Justice Center
208 S LaSalle, Ste. 1300
Chicago, IL 60604
*Attorney for Plaintiffs*
*Admitted pro hac vice*
mfleming@heartlandalliance.org

**Matthew J Piers**
**José J. Behar**
**Chirag G. Badlani**
Hughes Socol Piers Resnick & Dym Limited
70 W Madison St., Ste. 4000
Chicago, IL 60602
*Attorney for Plaintiffs*
 *Admitted pro hac vice*
mpiers@hsplegal.com
jbehar@hsplegal.com
cbadlani@hsplegal.com

**R Andrew Free**
Law Offices of R. Andrew Free
P.O. Box 90568
Nashville, TN 37209
*Attorney for Plaintiffs*
 *Admitted pro hac vice*
andrew@immigrantcivilrights.com

/s/ Grace Naranjo
S:\CIVIL\CIV\Matters\CJ\2016\Gonzalez-Goodman v. Arpaio CJ16-138\Pleadings\17-0621 2ND STIP Extend OJ Response 14 days.docx