Ray A. Ybarra Maldonado
Ariz. Bar # 027076
LAW OFFICE OF RAY A. YBARRA MALDONADO, PLC
2701 East Thomas Road, Suite A
Phoenix, Arizona 85016
Telephone: (602) 910-4040
Facsimile: (602) 910-4444
ray@abogadoray.com

Mark Fleming*
NY Bar # 4487534
NATIONAL IMMIGRANT JUSTICE CENTER
208 South LaSalle Street, Suite 1300
Chicago, Illinois 60604
Telephone: (312) 660-1628
Facsimile: (312) 660-1505
mfleming@heartlandalliance.org

Matthew J. Piers*
José J. Behar*
Chirag G. Badlani*
HUGHES SOCOL PIERS RESNICK & DYM LTD.
70 West Madison Street, Suite 4000
Chicago, IL 60657
Telephone:  (312) 580-0100
Facsimile: (312) 604-2777
mpiers@hsplegal.com
jbehar@hsplegal.com
cbadlani@hsplegal.com

R. Andrew Free*
LAW OFFICES OF R. ANDREW FREE
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959
andrew@immigrantcivilrights.com

*Attorneys for Plaintiff*
*\*Admitted pro hac vice*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jacinta Gonzalez Goodman, | |
| *Plaintiff*, | **Case No. CV 16-4388-PHX-JJT (MHB)** |
| v. | **Judge John J. Tuchi** |
| Paul Penzone, in his official capacity as Sheriff of Maricopa County, Arizona; Maricopa County, Arizona; and U.S. Immigration and Customs Enforcement Officer F/N/U Lindros, | **Magistrate Judge Michelle H Burns** |
| | **First Amended Complaint** |
| | **Jury Trial Demanded** |
| *Defendants*. | |

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT PAUL PENZONE AND MARICOPA COUNTY'S OFFER OF JUDGMENT

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Jacinta Gonzalez Goodman, through her undersigned counsel, hereby accepts and provides notice that she has accepted Defendants Paul Penzone and Maricopa County's (County Defendants') Offer of Judgment to Plaintiff dated May 25, 2017, attached hereto as Exhibit A, to which the parties have stipulated regarding an extension of time to respond to and including July 6, 2017. (ECF No. 29, 31.)

Dated: July 6, 2017        By: /s/ Mark Fleming

Ray A. Ybarra Maldonado
Ariz. Bar # 027076
LAW OFFICE OF RAY A. YBARRA
MALDONADO, PLC
2701 East Thomas Road, Suite A
Phoenix, Arizona 85016
Telephone: (602) 910-4040
Facsimile: (602) 910-4444
ray@abogadoray.com

Mark Fleming*
NY Bar # 4487534
NATIONAL IMMIGRANT JUSTICE
CENTER
208 South LaSalle Street, Suite 1300
Chicago, Illinois 60604
Telephone: (312) 660-1628
Facsimile: (312) 660-1505
mfleming@heartlandalliance.org

Matthew J. Piers*
José J. Behar*
Chirag G. Badlani*
HUGHES SOCOL PIERS RESNICK &
DYM, LTD.
70 West Madison Street, Suite 4000
Chicago, IL 60657
Telephone:  (312) 580-0100
Facsimile: (312) 604-2777
mpiers@hsplegal.com
jbehar@hsplegal.com
cbadlani@hsplegal.com

R. Andrew Free*
LAW OFFICE OF R. ANDREW FREE
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Facsimile: (615) 829-8959
andrew@immigrantcivilrights.com

*Attorneys for Plaintiff*

*\*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on July 6, 2017, I caused a true and correct copy of the above and foregoing Notice of Acceptance of Defendants Paul Penzone and Maricopa County's Offer of Judgment to be mailed, postage prepaid, and to be transmitted via electronic mail and facsimile to:

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

ANN THOMPSON UGLIETTA
J. KENNETH MANGUM
uglietta@mcao.maricopa.gov
mangumj@mcao.maricopa.gov
Deputy County Attorneys

CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, Arizona  85004
Telephone:  (602) 506-8541
Facsimile: (602) 506-8567
ca-civilmailbox@mcao.maricopa.gov

Attorneys for Defendants
Maricopa County Sheriff
Paul Penzone and
Maricopa County

/s/ Mark Fleming
Mark Fleming
NY Bar # 4487534
NATIONAL IMMIGRANT JUSTICE CENTER
208 South LaSalle Street, Suite 1300
Chicago, Illinois 60604
Telephone: (312) 660-1628
Facsimile: (312) 660-1505
mfleming@heartlandalliance.org