ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
ELIZABETH K. SICHI
Assistant U.S. Attorney
Illinois State Bar No. 6271368
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona  85004-4408
Telephone:  (602) 514-7500
Facsimile:  (602) 514-7760
E-Mail: Elizabeth.sichi@usdoj.gov
*Attorneys for Defendant ICE Officer Lindros*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jacinta Gonzalez-Goodman,<br><br>Plaintiff,<br><br>v.<br><br>Paul Penzone, et al.,<br><br>Defendants. | **Case No. CV 16-4388-PHX-JJT (MHB)**<br><br>**APPEARANCE** |

PLEASE TAKE NOTICE that Elizabeth K. Sichi, Assistant United States Attorney for the District of Arizona, hereby enters her appearance for Defendant ICE Officer Gabriel Lindros in the above-captioned action.  Please direct all notices and pleadings required to be served upon Defendant Lindros in this case to be served on undersigned counsel at the following address:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Elizabeth K. Sichi
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7793
elizabeth.sichi@usdoj.gov

Respectfully submitted this 13th day of July, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

*s/Elizabeth K. Sichi*
Elizabeth K. Sichi
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ray A. Ybarra Maldonado
LAW OFFICE OF RAY A. YBARRA MALDONADO, PLC
2702 East Thomas Road, Suite A
Phoenix, Arizona 85016

Mark Fleming
National Immigrant Justice Center
208 South LaSalle Street, Suite 1300
Chicago, Illinois 60604

Matthew J. Piers
Jose J. Behar
Chirag G. Badlani
HUGHES SOCOL PIERS RESNICK & DYM LTD
70 West Madison Street, Suite 4000
Chicago, Illinois 60657

R. Andrew Free
LAW OFFICES OF R. ANDREW FREE
P. O. Box 90568
Nashville, TN 37209
*Attorneys for Plaintiffs*

Ann Thompson Uglietta
MARICOPA COUNTY ATTORNEY'S OFFICE
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
*Attorney for Maricopa County Defendants*

*s/ Elizabeth K. Sichi*
U.S. Attorney's Office