ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
ELIZABETH K. SICHI
Assistant U.S. Attorney
Illinois State Bar No. 6271368
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona  85004-4408
Telephone:  (602) 514-7500
Facsimile:  (602) 514-7760
E-Mail: Elizabeth.sichi@usdoj.gov
*Attorneys for Defendant ICE Officer Lindros*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Jacinta Gonzalez-Goodman,<br><br>Plaintiff,<br><br>v.<br><br>Paul Penzone, et al.,<br><br>Defendants. | **Case No. CV 16-4388-PHX-JJT (MHB)**<br><br>**ORDER ON DEFENDANT ICE OFFICER LINDROS' MOTION TO DISMISS COUNTS V - VIII OF PLAINTIFF'S AMENDED COMPLAINT** |

The Court, having received and reviewed Defendant ICE Officer Gabriel Lindros's Motion to Dismiss Counts V through VIII of Plaintiff's Amended Complaint, and good cause appearing,

**IT IS HEREBY ORDERED** Defendant's motion to dismiss is granted.