Ray A. Ybarra Maldonado*
Ariz. Bar # 027076
LAW OFFICE OF RAY A. YBARRA MALDONADO, PLC
2701 East Thomas Road, Suite A
Phoenix, Arizona 85016
Telephone: (602) 910-4040
Facsimile: (602) 910-4444
ray@abogadoray.com
*Additional Counsel Listed Below

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jacinta Gonzalez Goodman,<br><br>*Plaintiff*,<br><br>v.<br><br>Paul Penzone,<br>in his official capacity as Sheriff of Maricopa County, Arizona; Maricopa County, Arizona; and U.S. Immigration and Customs Enforcement Officer F/N/U Lindros,<br><br>*Defendants*. | **Case No. CV 16-4388-PHX-JJT (MHB)**<br><br>**STIPULATED MOTION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT MARICOPA COUNTY SHERIFF PAUL PENZONE IN HIS OFFICIAL CAPACITY, ONLY, AND DEFENDANT MARICOPA COUNTY** |

Plaintiff Jacinta Gonzalez Goodman, by consent and stipulation with Defendant Maricopa County Sheriff Paul Penzone and Defendant Maricopa County (together, "County Defendants"), and in accordance with the terms and conditions of the County Defendants' Fed. R. Civ. P. 68 Offers of Judgment dated May 25, 2017, accepted by Plaintiff on July 6, 2017 (Dkt. No. 32), respectfully move the Court to enter an order granting this Stipulated Motion and entering final judgment against Defendant Maricopa County Sheriff Paul

1

Penzone in his official capacity, only, and Defendant Maricopa County in the form set forth in the proposed Order and proposed Judgment in a Civil Case filed concurrently herewith.

In support of this Stipulated Motion, Plaintiff and the County Defendants state as follows:

1. Plaintiff filed her First Amended Complaint under 42 U.S.C. § 1983, alleging that Defendant Maricopa County Sheriff Paul Penzone in his official capacity, only, and Defendant Maricopa County subjected her to an unconstitutional seizure and deprivation of her liberty under the Fourth and Fourteenth Amendments (Count I), violated her rights to procedural due process (Count II) and equal protection (Count III) under the Fourteenth Amendment, and subjected her to false arrest and false imprisonment under Arizona law (Count IV). (*See* First Am. Compl., Dkt. No. 15.) Counts I, II, III and IV are the only claims asserted by Plaintiff against the County Defendants in this action.

2. On May 25, 2017, the County Defendants answered the First Amended Complaint, answering and denying Plaintiff's claims and allegations and asserting affirmative defenses. (County Defendants' Answer, Dkt. No. 24)

3. On May 25, 2017, County Defendants made their Rule 68 Offers of Judgment, stating that the Rule 68 Offers of Judgment are "intended to settle all claims Plaintiff brings in this action against all County Defendants." The Rule 68 Offers of Judgment provide that they "do not constitute an admission of liability or wrongdoing" nor do they "constitute an admission that these County Defendants are liable in this action,

or any other action, or that the Plaintiff has suffered a legal cognizable injury." (Dkt. No. 32-1 at 2.)

4. Following stipulations extending the time to respond to the Offers of Judgment, Plaintiff filed her notice of acceptance of the County Defendants' Offers of Judgment on July 6, 2017. (Dkt. No. 32.)

5. The Court has not yet entered judgment against the County Defendants pursuant to Fed. R. Civ. P. 68(a).

6. The Offer of Judgment included "taxable costs and reasonable attorneys' fees." (Dkt. No. 32-1 at 2.)

7. The Offer of Judgment stated that "[s]uch costs and reasonable fees shall be determined by the Court following a full briefing on the reasonableness of such fee and cost application;" however, Plaintiff and the County Defendants have stipulated to and agreed to settle Plaintiff's costs and attorneys' fees related to the County Defendants in the total amount of $50,000 to be paid within thirty (30) days of entry of judgment.

8. As such, Plaintiff and the County Defendants jointly move this Court for an entry of an order granting this Stipulated Motion, and entering final judgment against Defendant Maricopa County Sheriff Paul Penzone in his official capacity, only, and Defendant Maricopa County in full and final adjudication of all claims and requests for relief asserted by Plaintiff against these Defendants in this action, pursuant to Fed. R. Civ. P. 68(a), in the form set forth in the proposed Order and Judgment in a Civil Case filed concurrently herewith.

3

9. In entering the proposed Order and Judgment, the Court will have fully and finally adjudicated all claims and requests for relief asserted by Plaintiff against Defendant Maricopa County Sheriff Paul Penzone and Defendant Maricopa County in this action. Accordingly, Plaintiff and County Defendants stipulate and jointly move that the Order and Judgment provide that this action is terminated as against Defendant Maricopa County Sheriff Paul Penzone and Defendant Maricopa County.

Respectfully submitted this 13th day of March, 2018.

By: /s/ *Chirag G. Badlani*

Ray A. Ybarra Maldonado
Ariz. Bar # 027076
LAW OFFICE OF RAY A. YBARRA MALDONADO, PLC
2701 East Thomas Road, Suite A
Phoenix, Arizona 85016
Telephone: (602) 910-4040
Facsimile: (602) 910-4444
ray@abogadoray.com

Mark Fleming*
NATIONAL IMMIGRANT JUSTICE CENTER
208 South LaSalle Street, Suite 1300
Chicago, Illinois 60604
Telephone: (312) 660-1628
mfleming@heartlandalliance.org

Matthew J. Piers*
José J. Behar*
Chirag G. Badlani*
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 West Madison Street, Suite 4000
Chicago, IL 60657
Telephone: (312) 580-0100
mpiers@hsplegal.com

jbehar@hsplegal.com
cbadlani@hsplegal.com

R. Andrew Free*
LAW OFFICE OF R. ANDREW FREE
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
andrew@immigrantcivilrights.com

*Attorneys for Plaintiff*

*\*Admitted pro hac vice*

By:   /s/ Ann Thompson Uglietta

William G. Montgomery
Maricopa County Attorney
MCAO Firm No.:  00032000
Ann Thompson Uglietta [Bar # 013696]
Deputy County Attorney
Maricopa County Attorney's Office - Civil Services Division
222 N Central Ave., Ste. 1100
Phoenix, AZ 85004
uglietta@mcao.maricopa.gov
602-506-8541

*Attorneys for Defendant Maricopa County Sheriff Paul Penzone and Defendant Maricopa County*

5