# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jacinta Gonzalez Goodman,<br><br>Plaintiff,<br><br>v.<br><br>Joseph M Arpaio, *et al.*,<br><br>Defendants. | No. CV-16-04388-PHX-JJT (MHB)<br><br>**ORDER** |

At issue is the Stipulated Motion for Entry of Judgment Against Defendant Maricopa County Sheriff Paul Penzone in his Official Capacity, only, and Defendant Maricopa County ("County Defendants") (Doc. 57). The Court has also reviewed the County Defendants' "Unopposed Motion for Clarification and Correction RE: Court's Statement at Page 21, Lines 9 – 11 in Court's Order/Doc. 58 RE Status of Plaintiff's Claims Against County Defendants" (Doc. 61) and "Motion for Ruling on Stipulated Motion for Entry of Judgment Against Defendant Sheriff Paul Penzone in his Official Capacity Only, and Defendant Maricopa County" (Doc. 71). Upon review and good cause appearing, the Court will grant all three Motions.

Under Federal Rule of Civil Procedure 54(b), the Court finds there is no just reason for delay of entry of final judgment against only certain Defendants in this matter, namely, Maricopa County Sheriff Paul Penzone in his official capacity and Maricopa County.

IT IS HEREBY ORDERED granting County Defendants' Motion for Ruling on Stipulated Motion for Entry of Judgment Against Defendant Sheriff Paul Penzone in his Official Capacity Only, and Defendant Maricopa County (Doc. 71).

IT IS FURTHER ORDERED granting County Defendants' Unopposed Motion for Clarification and Correction RE: Court's Statement at Page 21, Lines 9 – 11 in Court's Order/Doc. 58 RE Status of Plaintiff's Claims Against County Defendants (Doc. 61). Pursuant to the settlement between Plaintiff and the County Defendants, there are no claims remaining to be litigated by Plaintiff against Defendant Maricopa County Sheriff Paul Penzone and Defendant Maricopa County.

IT IS FURTHER ORDERED granting the Stipulated Motion for Entry of Judgment Against Defendant Maricopa County Sheriff Paul Penzone in his Official Capacity, only, and Defendant Maricopa County (Doc. 57). The Clerk shall enter Judgment as follows:

1. in the total amount of $15,375.00 as against Defendant Maricopa County Sheriff Paul Penzone in his official capacity, only;
2. in the total amount of $15,375.00 as against Defendant Maricopa County; and
3. in the total amount of $50,000.00 for Plaintiff's attorneys' fees and costs incurred in this action as against Defendant Maricopa County Sheriff Paul Penzone in his official capacity, only and Defendant Maricopa County.

This action is hereby terminated as to Defendant Maricopa County Sheriff Paul Penzone and Defendant Maricopa County.

IT IS FURTHER ORDERED that Plaintiff's claim (Count VI) against Defendant Gabriel Lindros remains.

Dated this 14th day of June, 2018.

Honorable John J. Tuchi
United States District Judge