# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jacinta Gonzalez Goodman,<br><br>      Plaintiff,<br><br>v.<br><br>Joseph M Arpaio, et al.,<br><br>      Defendants. | **NO. CV-16-04388-PHX-JJT (MHB)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed June 14, 2018 and that there is no just reason to delay entry of final judgment pursuant to Federal Rule of Civil Procedure 54(b), judgment is entered in favor of Plaintiff and against: Defendant Maricopa County Sheriff Paul Penzone, in his official capacity, in the total amount of $15,375.00; and against Defendant Maricopa County in the amount of $15,375.00. Judgment for attorney fees and costs incurred is entered in favor of Plaintiff and against Defendant Maricopa County Sheriff Paul Penzone, in his official capacity, and Defendant Maricopa County in the total amount of $50,000.00.

                                            Brian D. Karth
                                            District Court Executive/Clerk of Court

June 14, 2018

                                            s/ D. Draper
                                 By    Deputy Clerk