Ray A. Ybarra Maldonado*
Ariz. Bar # 027076
LAW OFFICE OF RAY A. YBARRA MALDONADO, PLC
2701 East Thomas Road, Suite A
Phoenix, Arizona 85016
Telephone: (602) 910-4040
Facsimile: (602) 910-4444
ray@abogadoray.com
*Additional Counsel for Plaintiff Listed Below

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jacinta Gonzalez Goodman,

              Plaintiff,

    v.

Gabriel Lindros.,

              Defendant.

**Case No. CV 16-4388-PHX-JJT (MHB)**

**STIPULATION TO DISMISS BETWEEN PLAINTIFF AND DEFENDANT LINDROS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed upon by Plaintiff Jacinta Gonzalez Goodman and Defendant Gabriel Lindros, that this action be dismissed without prejudice with Plaintiff and Defendant Lindros to bear their own respective costs and attorneys' fees.

By:    /s/ Chirag G. Badlani

       Ray A. Ybarra Maldonado*
       Ariz. Bar # 027076
       LAW OFFICE OF RAY A. YBARRA
       MALDONADO, PLC

1

2701 East Thomas Road, Suite A
Phoenix, Arizona 85016
Telephone: (602) 910-4040
Facsimile: (602) 910-4444
ray@abogadoray.com

Mark Fleming*
NATIONAL IMMIGRANT JUSTICE
CENTER
208 South LaSalle Street, Suite 1300
Chicago, Illinois 60604
Telephone: (312) 660-1628
mfleming@heartlandalliance.org

Matthew J. Piers*
José J. Behar*
Chirag G. Badlani*
HUGHES SOCOL PIERS RESNICK & DYM,
LTD.
70 West Madison Street, Suite 4000
Chicago, IL 60657
Telephone:  (312) 580-0100
mpiers@hsplegal.com
jbehar@hsplegal.com
cbadlani@hsplegal.com

R. Andrew Free*
LAW OFFICE OF R. ANDREW FREE
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
andrew@immigrantcivilrights.com

*Attorneys for Plaintiff*
*Admitted pro hac vice*


/s/ Elizabeth K. Sichi
ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

c/o Elizabeth K. Sichi
Assistant United States Attorney

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, AZ 85004-4408
E-Mail: Elizabeth.sichi@usdoj.gov

3

1

**Certificate of Service**

2

I hereby certify that on July 9, 2018, I electronically transmitted the attached

3

4

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

5

Notice of Electronic Filing to the following CM/ECF registrants:

6

ELIZABETH A. STRANGE
Acting United States Attorney

7

District of Arizona

8

c/o Elizabeth K. Sichi

9

Assistant United States Attorney
Two Renaissance Square

10

40 North Central Avenue, Suite 1800

11

Phoenix, AZ 85004-4408
E-Mail: Elizabeth.sichi@usdoj.gov

12

13

/s/ Chirag G. Badlani

14

Chirag G. Badlani

15

16

17

18

19

20

21

22

23

24

25

26

27

28